**IT IS SO ORDERED.**

**Dated:  02:09 PM January 27 2011**

MARILYN SHEA-STONUM MCR
U.S. Bankruptcy Judge

BK1011623
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:                                                    Case No. 10-55165

Bryan Szczepanski                                 Chapter 7
Sharon Szczepanski
                                                            Judge Shea-Stonum
                        Debtors

                                                            **ORDER GRANTING MOTION OF
                                                            U.S. BANK, N.A. FOR RELIEF
                                                            FROM STAY AND
                                                            ABANDONMENT
                                                            11904 DARLINGTON AVENUE,
                                                            GARFIELD HEIGHTS, OH 44125**

        This matter came before the Court on the Motion for Relief from Stay and Abandonment

(the "Motion") filed by U.S. Bank, N.A. ("Movant").  (Docket **15**).  Movant has alleged that

good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the

Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice

of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 11904 Darlington Avenue Garfield Heights, OH 44125.

### 

SUBMITTED BY:

<u>/s/ Michael R Proctor</u>
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:


Michelle L. DiBartolo, Esq. - Attorney for Debtors
1 S. Main St. 2nd Floor
Akron, OH 44308
mdibartolo@ttmlaw.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Bryan Szczepanski - Debtor
9081 Brandywine Rd.
Northfield, OH 44067
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Sharon Szczepanski - Debtor
9081 Brandywine Rd.
Northfield, OH 44067
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Richard A. Wilson - Trustee
P.O. Box 3307
1221 South Water Street
Kent, OH 44240-3307
richard.wilson@psinet.com
VIA ELECTRONIC SERVICE